58

534 A.2d 756
John K. BERRY, Sr., Administrator of the Estate of John K. Berry, Jr., Deceased, and John K. Berry, Sr., in his own right, Appellant,

v.

Cortland Orvel TITUS, Jr., and West Caln Township.

Supreme Court of Pennsylvania.

Argued Nov. 12, 1987.

Decided Dec. 4, 1987.

Sharon M. Cherry, Media, for appellant.

Frank Marcone, Media, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.